IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **HAROLD L RYALS,** | § |
| **Plaintiff,** | § |
| v. | § CIVIL ACTION NO. 6:16-CV-00071 |
| **DIRECTOR, TDCJ-CID, WILLIAM STEPHENS,** | § |
| **Defendant.** | § |

## ORDER OF DISMISSAL

The above-styled and numbered civil action was heretofore referred to United States Magistrate Judge John D. Love. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. The Report and Recommendation was returned as undeliverable because the Plaintiff was discharged and no objections were ever filed. The court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the court. It is therefore

**ORDERED** that the petition is **DISMISSED** without prejudice for failure to obey an order and for failure to prosecute. FED. R. CIV. P. 41(b). All motions not previously ruled on are **DENIED**.

**So Ordered and Signed**
**Jul 16, 2017**

_____
Ron Clark, United States District Judge